UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, | Case No. 4:25-cv-11779 |
| *Plaintiff,* | F. Kay Behm<br>United States District Judge |
| v. | Patricia T. Morris |
| SHERYL GONZALEZ, | United States Magistrate Judge |
| *Defendant.* | |
| _____/ | |

**ORDER RESOLVING PLAINTIFF'S MOTIONS TO CLARIFY (ECF Nos. 11, 12) AND MOTION REGARDING DEFENDANT FILINGS (ECF No. 8)**

This matter is before the Court on Plaintiff's Motion Regarding Defendant Filings (ECF No. 8) and two Motions to Clarify (ECF Nos. 11 and 12). This Order will **RESOLVE** all three motions.

As to both Motions to Clarify (ECF Nos. 11 and 12), Plaintiff seeks clarification regarding the Court's service procedures. On June 20, 2025, Chief Magistrate Judge David R. Grand entered an order directing service by the U.S. Marshals Service. (ECF No. 7). The Clerk's Office subsequently prepared waiver of service forms, which the U.S. Marshals Service recently mailed on July 11, 2025. (ECF No. 9). As such, Plaintiff is not required to complete or submit any summons

1

at this time. Accordingly, the Motions to Clarify (ECF Nos. 11 and 12) are hereby deemed **RESOLVED**.

As to Plaintiff's Motion Regarding Defendant Filings (ECF No. 8), Plaintiff requests that Defendant be required to serve hard copies of all filings upon him. Rule 9(e) of this Court's Electronic Filing Policies and Procedures provides in relevant part: "A party who is *pro se* and not a filing user . . . is entitled to a hard copy of any paper filed electronically. Service of such copy must be made according to the federal rules of procedure (civil and criminal) and local rules." Because Plaintiff is proceeding *pro se* and is not a filing user, Defendant will be required to comply with this rule. Accordingly, Plaintiff's Motion Regarding Defendant Filings (ECF No. 8) is hereby deemed **RESOLVED**.

IT IS SO ORDERED.

Date: July 22, 2025                                     S/ PATRICIA T. MORRIS
                                                        Patricia T. Morris
                                                        United States Magistrate Judge