# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, | Case No. 4:25-cv-11779 |
| *Plaintiff,* | F. Kay Behm<br>United States District Judge |
| v. | |
| SHERYL GONZALEZ, | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendant.* | |
| _____/ | |

### ORDER
### GRANTING PLAINTIFF'S MOTION FOR A
### COPY OF THE MOTION TO DISMISS (ECF No. 25)
### AND
### EXTENDING BRIEFING DEADLINES

Before the Court is Plaintiff's motion requesting a copy of Defendant's motion to dismiss. (ECF No. 25). Plaintiff says that he never received a copy of the motion from Defendant. (*Id.*). Currently, Plaintiff's response to the motion is due by November 6, 2025, and Defendant's reply is due by November 20, 2025. (ECF No. 24).

To ensure Plaintiff receives the motion and to promote efficiency, the Court **GRANTS** this motion.[1] The Court will include a copy of Defendant's motion to

---

[1] The Court has reviewed Defendant's October 31, 2025 filing in which Defendant says that she has reserved the motion.

1

dismiss (ECF No. 23) when mailing Plaintiff this Order.

Further, because Plaintiff has not yet had an opportunity to review the motion to dismiss, the Court finds good cause to **EXTEND** the briefing deadlines. Plaintiff's deadline to file a response is now **November 28, 2025**. Defendant may file a reply on or before **December 12, 2025**.

**IT IS SO ORDERED.**

Date: November 5, 2025                           S/PATRICIA T. MORRIS
                                                 Patricia T. Morris
                                                 United States Magistrate Judge