UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,                                          Case No. 25-11779

       Plaintiff,                                    F. Kay Behm
v.                                                      United States District Judge

SHERYL GONZALEZ,                                       Patricia T. Morris
                                                        United States Magistrate Judge
       Defendant.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JANUARY 22, 2026
<u>REPORT AND RECOMMENDATION (ECF No. 35)</u>**

Currently before the court is Magistrate Judge Patricia T. Morri's January 22, 2026 Report and Recommendation. (ECF No. 35). Magistrate Judge Morris recommends that the court grant Defendant's motion to dismiss the complaint. (ECF No. 23). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 35), **GRANTS** Defendant's motion to dismiss (ECF No. 23), and **DISMISSES** the complaint with prejudice.

     **SO ORDERED**.

Date: February 27, 2026                   <u>s/F. Kay Behm</u>
                                            F. Kay Behm
                                            United States District Judge