UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,                                          Case No. 25-11779

      Plaintiff,                                      F. Kay Behm
v.                                                     United States District Judge

SHERYL GONZALEZ,                                       Patricia T. Morris
                                                       United States Magistrate Judge

      Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion and Order issued on February 27, 2026, the

case is **DISMISSED**.

     **SO ORDERED**.

Date: February 27, 2026               s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge

1